IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMAN SCHLUNT,

        Petitioner,

    v.

MARK NOOTH, Superintendent,
Snake River Correctional Institution,

        Respondent.

Case No. 2:14-cv-01445-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#21).

    IT IS SO ORDERED.

    DATED this 25 day of March, 2015.

                                    ANNA J. BROWN
                                    United States District Judge

1 - ORDER -